**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISON**

| | | |
|---|---|---|
| **ELIZABETH LACY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | **Case No.** |
| | ) | |
| **JOHN DOE, Individually and** | ) | |
| **the CITY OFCHICAGO,** | ) | |
| **a Municipal Corporation** | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

**NOW COMES** the Plaintiff, ELIZABETH LACY, by and through her attorneys, GREGORY E. KULIS & ASSOCIATES, LTD., complaining against the Defendant JOHN DOE, as follows:

## COUNT I – UNLAWFUL SEIZURE

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff and accomplished by acts and/or omissions of the Defendants committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331, and supplemental Jurisdiction of the State of Illinois.

3. The Plaintiff, ELIZABETH LACY, was at all relevant times a United States citizen and permanent resident of the State of Illinois.

4. The Defendant, JOHN DOE, was at all relevant times a duly appointed Chicago Police Officer for the City of Chicago and was acting within the scope of his employment and under color of law.

5. On or about August 15th, 2024, the Plaintiff was buying something at a gas station near her home.

6. The Defendant, JOHN DOE, was sitting in his squad car at the gas station and made a comment to her.

7. The Officer asked for her name and where she lives.

8. The Plaintiff was not breaking any laws, nor committing any crimes.

9. Defendant Officer JOHN DOE started to become flirtatious.

10. The Plaintiff was respectful and was not committing a crime.

11. The Defendant questioned the Plaintiff and asked for her phone number.

12. The Defendant Officer continued to want to talk to her and though she wanted to leave she felt she could not.

13. The Plaintiff had not committed any crime or broken any law.

14. The Defendant said he was going to take her home since nothing was going on there.

15. Though confused and alarmed she said okay you can just call me or text me.

16. He said he was going to walk her to her door.

17. At her building, he asked how many apartments there are and if there were cameras.

18. He told her he was going to walk her to her door if it was okay.

19. The Plaintiff, ELIZABETH LACY, was again fearful and intimated, but said okay.

20. As they got to the door, she opened it, and he grabbed her by the waist aggressively, putting his hand behind her back.

21. She became scared as he continued to accost her, rubbing her buttocks and then stuck his hand up her skirt putting his finger in her vagina.

22. She was able to pull away and told him to stop.

23. He continued into the house going into the bathroom to wash his hands.

24. He said something to the effect "everything is good here" and walked out of her apartment.

25. Said actions were intentional, willful, and wanton.

26. Said seizure and use of force was unreasonable and excessive.

27. The action of the Defendant violated the Plaintiff's fourth and fourteenth amendment rights as protected by 42 U.S.C. § 1983.

28. As a result of the actions of the Defendant, the Plaintiff suffered fear, emotional distress, pain, suffering, and anguish.

**WHEREFORE**, the Plaintiff, ELIZABETH LACY, prays for judgment against the Defendant for reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

**COUNT II– BATTERY**

29. The Plaintiff hereby realleges and incorporates her allegations contained in paragraphs 1-28 of Count I as her respective allegations of paragraphs 1-28 of Count II as though fully set therein.

30. The Defendant, without provocation, sexually assaulted the Plaintiff.

31. The Defendant's action were unsolicited.

32. The action of Defendant JOHN DOE was intentional, willful, and wanton.

33. The action of the Defendant, JOHN DOE, constitutes a battery.

34. As a result of the actions of the Defendant, Plaintiff suffered fear, anxiety, pain and suffering, emotional distress, and monetary damages.

**WHEREFORE**, the Plaintiff, ELIZABETH LACY, prays for judgment against the Defendant JOHN DOE, for reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

**COUNT III– RESPONDENT SUPERVISOR/CITY OF CHICAGO**

35. The Plaintiff herby realleges and incorporates her allegations contained in paragraphs 1-33 of Count II as her respective allegations of paragraphs 1-33 of Count III as though fully set forth herein.

36. At all relevant times the Defendant, JOHN DOE, was acting as an agent of the City of Chicago Police Department.

37. The Defendant CITY OF CHICAGO is responsible for the action of its employees.

**WHEREFORE**, Should the Defendant, JOHN DOE, be held liable the CITY OF CHICAGO is liable.

**COUNT IV- INDEMNIFICATION**

38. The Plaintiff herby realleges and incorporates her allegations contained in paragraphs 1-37 of this complaint as though fully set forth herein.

39. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

40. The Defendant, P.O. JOHN DOE, were employees of THE CITY OF CHICAGO, who acted within the scope of their employment in committing the misconduct described herein.

**WHEREFORE**, should the individual Defendants be found liable for any of the acts alleged above, the Defendant, THE CITY OF CHICAGO, would be liable to pay the Plaintiff, ELIZABETH LACY any judgment obtained against the Defendant Officers.

## JURY DEMAND

The Plaintiff, ELIZABETH LACY, hereby requests a trial by jury.

Respectfully Submitted,

**ELIZABETH LACY**

By: */s/ Gregory E. Kulis*
One of Plaintiff's Attorneys

**Gregory E. Kulis (Atty. No. 6180966)**
**Gregory E. Kulis & Associates, Ltd.**
**134 North LaSalle Street, Suite 444**
**Chicago, Illinois 60602**
**p. (312) 580-1830 / f. (312) 580-1839**
**e. gkulis@kulislawltd.com**
**e. service@kulislawltd.com**